B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tevaseu, Fatufua** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1726** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3937 W Delhi Ave**<br>**North Las Vegas, NV**<br>ZIP Code **89032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tevaseu, Fatufua** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)* |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X /s/ Boris Avramski, Esq**          **July 15, 2010** <br> Signature of Attorney for Debtor(s)          (Date) <br> **Boris Avramski, Esq 11350** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Tevaseu, Fatufua** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Fatufua Tevaseu**
Signature of Debtor  **Fatufua Tevaseu**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 15, 2010**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Boris Avramski, Esq**
Signature of Attorney for Debtor(s)
**Boris Avramski, Esq 11350**
Printed Name of Attorney for Debtor(s)
**Avramski Law, PC**
Firm Name
**4640 W Charleston Blvd**
**Las Vegas, NV 89102**

Address

            Email: bkhelpvegas@yahoo.com
**702-685-3619  Fax: 702-664-0555**
Telephone Number
**July 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Fatufua Tevaseu**                                                                                 Case No.
                                           Debtor(s)                           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*  ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                   Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Fatufua Tevaseu**
**Fatufua Tevaseu**

Date:  **July 15, 2010**

B 201A (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

### NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Form B 201A, Notice to Consumer Debtor(s)                                                                                                  Page 2

   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

   Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

   A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re **Fatufua Tevaseu**
Debtor(s)

Case No.
Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Fatufua Tevaseu** | X **/s/ Fatufua Tevaseu**    **July 15, 2010** |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor    Date |
| Case No. (if known) | X |
| | Signature of Joint Debtor (if any)    Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Nevada

In re    **Fatufua Tevaseu**  
Debtor(s)

Case No.  
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **July 15, 2010**

**/s/ Fatufua Tevaseu**  
**Fatufua Tevaseu**  
Signature of Debtor

Fatufua Tevaseu
3937 W Delhi Ave
North Las Vegas, NV 89032

Boris Avramski, Esq
Avramski Law, PC
4640 W Charleston Blvd
Las Vegas, NV 89102

American Express
Acct No xxxxxxxxxxx7203
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

Bank Of America
Acct No 4338
Po Box 17054
Wilmington, DE 19850

Bank Of America
Acct No 8599
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank Of Hawaii
Acct No xxxxxxxxx2001
111 S King St
Honolulu, HI 96813

Bank Of Hawaii
Acct No xxxxxxxxx0001
111 S King St
Honolulu, HI 96813

Barclays Bank Delaware
Acct No xxxxxx9001
Attention: Customer Support Department
Po Box 8833
Wilmington, DE 19899

Capital One, N.a.
Acct No xxxxxxxx5296
C/O American Infosource
Po Box 54529
Oklahoma City, OK 73154

Chase
Acct No xxxxxxxx7323
201 N. Walnut St//De1-1027
Wilmington, DE 19801

```
Cheyenne Valley HOA
Acct No xxxxx5744
c/o Benchmark Assocation Services
P.O. Box 60998
Phoenix, AZ 85082

Citi Flex
Acct No xxxxxxxxxxxx3746
Po Box 6241
Sioux Falls, SD 57117

Citibank
Acct No xxxxxxxx9253
Attention: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64915

Citibank Usa
Acct No xxxxxxxxxxxx7389
Attn.: Centralized  Bankruptcy
Po Box 20363
Kansas City, MO 64195

Countrywide Home Lending
Acct No xxxxx3175
Attention: Bankruptcy CA6-919-01-41
Po Box 5170
Simi Valley, CA 93062

Credit First
Acct No xxxxx5769
Po Box 818011
Cleveland, OH 44181

Cu Hawaii Fcu
Acct No xxxxx0143
476 Hinano St
Hilo, HI 96720

Dell Financial Services
Acct No xxxxxxxxxxxx8870
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708

Fia Csna
Acct No 8402
Attn: Bankruptcy
Po Box 182686
Columbus, OH 43218

First Hawaiian Bank
Acct No xxxxxx6592
P O Box 3200
Honolulu, HI 96847
```

```
First Hawaiian Bank
Acct No xxxxxxxx0019
Po Box 1959
Honolulu, HI 96805

First Hawaiian Bank
Acct No xxxxxxxxxxxx7245
Po Box 3200
Honolulu, HI 96847

First Premier Bank
Acct No xxxxxxxxxxxx7278
601 S Minnesota Ave
Sioux Falls, SD 57104

First Premier Bank
Acct No xxxxxxxxxxxx6747
3820 N Louise Ave
Sioux Falls, SD 57107

Gemb/jcp
Acct No xx2019
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/jcp
Acct No xx4701
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gemb/walmart
Acct No xxxxxxxx0013
Po Box 981400
El Paso, TX 79998

Goodyearcbsd
Acct No xxxxxxxxxxxx8277
Po Box 6497
Sioux Falls, SD 57117

Hfs Fcu
Acct No xxx6522
632 Kinoole St
Hilo, HI 96720

Hfs Fcu
Acct No 292
632 Kinoole St
Hilo, HI 96720
```

```
Hfs Fcu
Acct No xxx4025
632 Kinoole St
Hilo, HI 96720

Hfs Fcu
Acct No xxx4024
632 Kinoole St
Hilo, HI 96720

Hfs Fcu
Acct No xxx4023
632 Kinoole St
Hilo, HI 96720

Hfs Fcu
Acct No xxx4022
632 Kinoole St
Hilo, HI 96720

Hfs Fcu
Acct No xxx4005
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4056
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxxxxxxxxxxx6324
632 Kinoole St.,
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6571
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6520
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6524
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6570
632 Kinoole St
Hilo, HI 96720
```

```
Hfs Federal Credit Uni
Acct No xxx6501
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6504
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6521
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6523
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4020
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4027
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4026
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4021
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4002
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4001
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx4003
632 Kinoole St
Hilo, HI 96720
```

```
Hfs Federal Credit Uni
Acct No xxx4004
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6921
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6920
632 Kinoole St
Hilo, HI 96720

Hfs Federal Credit Uni
Acct No xxx6525
632 Kinoole St
Hilo, HI 96720

HFS Federal Credit Union
Acct No xxxxxxxxxxxx4813
632 Kinoole Street
Hilo, HI 96720

HFS Federal Credit Union
Acct No xxxxxxxxxxxx2876
632 Kinoole Street
Hilo, HI 96720

HFS Federal Credit Union
Acct No xxxxxxxxxxxx4312
632 Kinoole Street
Hilo, HI 96720

Hsbc Bank
Acct No xxxxxxxxxxxx4529
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197

Hsbc/rs
Acct No xxxxxxxxxx2364
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197

Macys/fdsb
Acct No xxxxxxxxx3520
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040
```

```
Macys/fdsb
Acct No xxxxxxxx0520
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

Medcah Inc
Acct No xxx2925
320 Uluniu St Ste 5
Kailua, HI 96734

Mil Star
Acct No xxxxxxxxxxxx0035
Attention: Bankruptcy
Po Box 6250
Madison, WI 53716

Mil Star
Acct No xxxxxxxx0037
Attention: Bankruptcy
Po Box 6250
Madison, WI 53716

Navy Fcu
Acct No xxxxxx1029
Attention: Bankruptcy
Po Box 3000
Merryfield, VA 22119

Navy Fcu
Acct No xxxxxxxxx0301
Attention: Bankruptcy
Po Box 3000
Merryfield, VA 22119

Navy Fcu
Acct No xxxxxxxxx0306
Attention: Bankruptcy
Po Box 3000
Merryfield, VA 22119

Navy Federal Cr Union
Acct No xxxx-xxxx-xxxx-0084
820 Follin Ln Se
Vienna, VA 22180

Navy Federal Cr Union
Acct No xxxxxxxx0017
820 Follin Ln Se
Vienna, VA 22180

NCO Financial Systems, Inc.
Acct No 3912676
507 Prudential road
Horsham, PA 19044
```

```
Nevada Legal News
Acct No xxxxx3175
930 S. 4th Street
Suite 100
Las Vegas, NV 89101

Onomea Federal Cr Unio
Acct No xxxxxxxxxx9969
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx9909
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx9942
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx8052
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx8272
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx9538
P.O. Box 19
Papaikou, HI 96781

Onomea Federal Cr Unio
Acct No xxxxxxxxxx8280
P.O. Box 19
Papaikou, HI 96781

Recontrust Company, N.A.
Acct No xxxxx3175
1800 Tapo Canyon Rd.
CA6-914-01-94
Simi Valley, CA 93063

Sears/cbsd
Acct No xxxxxxxxxxxx1481
Sears Bk Recovery
Po Box 20363
Kansas City, MO 64195
```

```
Sears/cbsd
Acct No xxxxxxxx6327
133200 Smith Rd
Cleveland, OH 44130

Sears/cbsd
Acct No xxxxxxxxxxxx5165
Sears Bk Recovery
Po Box 20363
Kansas City, MO 64195

Sears/cbsd
Acct No xxxxxxxxxxxx3334
Sears Bk Recovery
Po Box 20363
Kansas City, MO 64195

Sears/cbsd
Acct No xxxxxxxx0171
133200 Smith Rd
Cleveland, OH 44130

Texaco / Citibank
Acct No xxxxxx0668
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Wf Fin Bank
Acct No xxxxxxxx0558
Wells Fargo Financial
4137 121st St
Urbandale, IA 50323

Wffinancial
Acct No xxxxxxxxxx4097
800 Walnut St
Des Moines, IA 50309

Wffinancial
Acct No xxxxxxxxxxx3126
800 Walnut St
Des Moines, IA 50309

Wfs Financial/Wachovia Dealer Services
Acct No xxxxxxxx9776
Po Box 19657
Irvine, CA 92623
```